# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



**SUNGARD PUBLIC SECTOR, INC.,**

Plaintiff,

-vs-                                       Case No. 6:10-cv-1815-Orl-19GJK

**INNOPRISE SOFTWARE, INC.,**

Defendant.
_____/

# ORDER

This cause is before the Court on a *sua sponte* review of the file. On August 1, 2011, Defendant Innoprise Software, Inc., filed an Amended Motion to Seal seeking to file the Asset Purchase Agreement under seal (Doc. 62). The Amended Motion to Seal was granted (Doc. 66). Defendant filed the document under seal and with it "Innoprise Software, Inc.'s Motion to Seal Pursuant to the Court's August 19, 2011 Order" (S-1). This "Motion" asks for an Order allowing Defendant to file the Asset Purchase Agreement under seal and to remove the previously filed Asset Purchase Agreement from the public record. For several reasons, the "Motion" is confusing. First, an Order has already been entered allowing the Asset Purchase Agreement to be filed under seal (Doc. 66); second, the "Motion" is filed with the sealed document and not as a separate docket entry; and third, it is the first time Defendant has asked that the previously filed Asset Purchase Agreement be removed from the public record.

The Court deems the "Motion" to be a Motion to Remove Exhibit 54-1 and 54-2 from the Docket. The Motion is **GRANTED**.

The Clerk of the Court is directed to unseal the "Motion" (pages 1-4) of the sealed document (S-1) and docket it as a Motion to Remove Exhibit 54-1 and 54-2 from the Docket. The Clerk is also directed to remove from the docket, Exhibit A to docket 54, found at docket 54-1 and 54-2.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13 day of September, 211.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party